Rebecca Christensen, Appellant, v. Elmer Scoggin, Trading as Twin City Cab Company, et al., Appellees.

Gen. No. 9,771.

Heard in this court at February term, 1942; opinion filed April 8, 1942. Gerald C. Snyder, for appellant; Hartley E. LaChapelle, of counsel; J. A. Miller and Max Lidschin, for appellees; Henry D. Fisher, of counsel. Opinion by PRESIDING JUSTICE HUFFMAN. ''Not to be published in full.''